**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**William Ray NOBLES, Defendant–**
**Appellant.**

**No. 10–10484**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 14, 2011.

Steven McDonald Sucsy, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

William Reynolds Biggs, Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, David E. Sloan, Federal Public Defender's Office, Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent William Ray Nobles has filed a motion for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Nobles has filed a response. Our independent review of the record, counsel's brief, and Nobles's re-

---

sponse discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.